```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND STANLEY,

        Plaintiff,

-against-

ROBERTO C. ROSALES and D&Y LOGISTICS LLC,

        Defendants.

22-cv-4831 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the parties's submissions in response to the June 13, 2022 Order to Show Cause. ECF No. 22, 23. The Court will hold a telephonic conference in this action on **July 14, 2022 at 12:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    **June 29, 2022**
            **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**