UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAYMOND STANLEY,

                     Plaintiff,                      22-CV-04831 (ALC) (VF)

         -against-                         **ORDER**

ROBERTO C. ROSALES and D&Y LOGISTICS
LLC,

                     Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to discuss the discovery dispute at ECF No. 24 is scheduled for **Thursday, February 1, 2024, at 10:30 a.m.**

Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335.**

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

      **SO ORDERED.**

DATED:     New York, New York
                January 23, 2024

                                                        _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge