**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

RAYMOND STANLEY,

                         Plaintiff,                  **22-CV-04831 (ALC) (VF)**

            -against-                         **ORDER**

ROBERTO C. ROSALES and D&Y LOGISTICS LLC,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update as to the progress of discovery by **October 18, 2024**.

      **SO ORDERED.**

DATED:      New York, New York
                October 9, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge