**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RAYMOND STANLEY,

                            Plaintiff,                  **22-CV-04831 (ALC) (VF)**

            -against-                               **ORDER**

ROBERTO C. ROSALES and D&Y LOGISTICS
LLC,

                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties were directed to file a joint status update as to the progress of discovery by October 18, 2024. That deadline has passed, and the parties have not submitted a status update.

The Parties are hereby directed to file a joint status update by **October 31, 2024**.

       **SO ORDERED.**

DATED:     New York, New York
              October 23, 2024

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge