**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

RAYMOND STANLEY,

                            Plaintiff,                  **22-CV-04831 (ALC) (VF)**

               -against-                              **ORDER**

ROBERTO C. ROSALES and D&Y LOGISTICS
LLC,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties were directed to file a joint status update by December 30, 2024. That deadline has passed, and the parties have not submitted a status update. The Parties are hereby directed to file a joint status update by **January 10, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              January 3, 2025

                                                           _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge